**No. 48631.**—Protest 807996–G of R. U. Delapenha & Co. (New York).

Opinion by CLINE, J. It was found from the record that the merchandise consists of casks containing orange pulp which is not capable of being marked; that the casks, which were the immediate containers, were not marked to indicate the country of origin of the orange pulp; and that the importer was required to mark the casks with the legend "Made in England" before they were released. As neither the merchandise nor the immediate containers bore marks to indicate the country of origin of the orange pulp, the protest was overruled.

**No. 48632.**—Protests 939272–G, etc., of Kraft Phenix Cheese Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.

**No. 48633.**—Protests 1569–K, etc., of Roethlisberger & Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.

**No. 48634.**—Protests 611868–G, etc., of Kraft Phenix Cheese Corp. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48269. The protests were therefore sustained.

**No. 48635.**—Protests 653600–G, etc., of S. Holst Knudsen et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli v. United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.